UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-738

| | |
|---|---|
| CAMCO MANUFACTURING, LLC, <br><br> Plaintiff <br><br> v. <br><br> GODIRECTINC.COM, INC., <br><br> Defendant. | **AFFIDAVIT OF SERVICE** |

Jeffrey S. Southerland, being first duly sworn, deposes and states as follows:

1. I am the attorney of record for Plaintiff CAMCO MANUFACTURING, LLC in this civil action.

2. On September 6, 2024, Affiant deposited with Federal Express, a service letter, the Summons, Complaint, Notice of Right to Consent to Jurisdiction by Magistrate Judge with Response Form, and the Court's Notice of Case Referred to Mediation with Mediator List for the Middle District Court addressed to GODIRECTINC.COM, INC., c/o Warren Liu, Registered Agent, 489 Yorbita Road, Unit B, LaPuente, CA 91744. Evidence of delivery by Federal Express on September 9, 2024 is attached hereto as Exhibit A.

This the 16th day of September, 2024.

Sworn to and subscribed before me
this 16th day of September, 2024.

_Sharon Nester_
Sharon Nester, Notary Public
My Commission Expires: 1/20/2027

SHARON NESTER
NOTARY PUBLIC
GUILFORD COUNTY, NC
Comm Exp. 1/20/2027

_Jeffrey S. Southerland_
Jeffrey S. Southerland
N.C. State Bar No. 34221
Attorney for Plaintiff
TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, NC 27402
Phone: (336) 378-1431

1877141v1

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing Affidavit of Service in the above-entitled action upon all other parties to this cause by U.S. Mail, postage prepaid addressed as follows:

>GODIRECTINC.COM, INC.
>c/o Warren Liu, Registered Agent
>489 Yorbita Road, Unit B
>LaPuente, CA 91744

This the __16th__ day of September, 2024.

_____
Jeffrey S. Southerland
NC State Bar No. 34221
Attorney for Plaintiff

OF COUNSEL:

TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, NC 27402
Telephone: (336) 378-1431

2

1877141v1



September 09, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 778429521373



EXHIBIT A

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | V.VICTOR | **Delivery Location:** | 489 YORBITA RD |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | LA PUENTE, CA, 91744 |
| | | **Delivery date:** | Sep 9, 2024 14:35 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 778429521373 | **Ship Date:** | Sep 6, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Warren Liu, Registered Agent, GODIRECTINC.COM, INC.
489 Yorbita Road, Unit B
LA PUENTE, CA, US, 91744

**Shipper:**
Jeffrey Southerland/ S. Nester, TUGGLE DUGGINS P.A.
400 Bellemeade Street
Suite 800
Greensboro, NC, US, 27401

**Reference**   900305-18



Thank you for choosing FedEx