# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No. 1:24-cv-738

| | |
|---|---|
| CAMCO MANUFACTURING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GODIRECTINC.COM, INC., <br><br> Defendant. | **NOTICE OF ENTRY OF APPEARANCE** |

Plaintiff, CAMCO MANUFACTURING, LLC, hereby provides notice that Mason P. Butner of the law firm of Tuggle Duggins P.A. has entered an appearance to represent Plaintiff in this case as co-counsel with Jeffrey S. Southerland, also of Tuggle Duggins P.A.

Respectfully submitted this the 17th day of September, 2024.

/s/ *Mason P. Butner*
**Mason P. Butner**
NC State Bar No. 60794
mbutner@tuggleduggins.com
*Attorney for Plaintiff*

OF COUNSEL:

TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, NC 27402
Telephone: 336-378-1431
Facsimile: 336-274-6590

1879330v1

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing Notice of Appearance in the above-entitled action upon all other parties to this cause by U.S. Mail, postage prepaid addressed as follows:

>GODIRECTINC.COM, INC.
>c/o Warren Liu, Registered Agent
>489 Yorbita Road, Unit B
>LaPuente, CA 91744

This the 17th day of September, 2024.

>/s/ *Mason P. Butner*
>**Mason P. Butner**
>NC State Bar No. 60794
>mbutner@tuggleduggins.com
>*Attorney for Plaintiff*

OF COUNSEL:

TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, NC 27402
Telephone: (336) 378-1431
Facsimile: (336)274-6590

1879330v1