# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27402

John S. Brubaker, Clerk        October 10, 2024        TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

Mason Butner
Jeffery Southerland
TUGGLE DUGGINS P.A.
POB 2888
Greensboro, NC 27402

       Re:      CAMCO MANUFACTURING, LLC v. GODIRECTINC.COM, INC.
                   Civil Action 1:24CV738

Dear Counsel:

     Our docket reflects that an answer was due on September 30, 2024. To date an answer has not been filed by the defendant GODIRECTINC.COM, INC. and the court has not received any correspondence from you.

     Within 10 days of the receipt of this letter, advise me if you wish to proceed with this action.

                                                                 Sincerely,

                                                                JOHN S. BRUBAKER, CLERK

                                                                By: /s/ Robin Winchester
                                                                          Case Manager

JSB/rw