UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-738

| | |
|---|---|
| CAMCO MANUFACTURING, LLC,<br><br>Plaintiff<br><br>v.<br><br>GODIRECTINC.COM, INC.,<br><br>Defendant. | **ENTRY OF DEFAULT** |

WHEREAS, it has been made to appear to the undersigned Clerk that Defendant GODIRECTINC.COM, INC. ("Defendant") has failed to plead within the time prescribed by law;

WHEREAS, Defendant is subject to entry of default as provided by the Federal Rules of Civil Procedure;

NOW, THEREFORE, default is hereby entered against Defendant GODIRECTINC.COM, INC. in this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 15th day of October, 2024.

_____
Clerk, United States District Court
for the Middle District of North Carolina