UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-738

| | |
|---|---|
| CAMCO MANUFACTURING, LLC,<br><br>Plaintiff<br><br>v.<br><br>GODIRECTINC.COM, INC.,<br><br>Defendant. | **CERTIFICATE OF SERVICE** |

I hereby certify that on this date a true and correct copy of the attached Entry of Default was served upon the following via U.S. Mail Postage Prepaid:

        GODIRECTINC.COM, INC.
        c/o Warren Liu, Registered Agent
        489 Yorbita Road, Unit B
        La Puente, CA 91744

This the 15th day of October, 2024.

        /s/ *Mason P. Butner*
        Mason P. Butner
        N.C. State Bar No. 60794
        mbutner@tuggleduggins.com
        *Attorney for Plaintiff*

OF COUNSEL:
TUGGLE DUGGINS P.A.
Post Office Box 2888
Greensboro, NC 27402
Telephone: (336) 378-1431 / Facsimile: (336) 274-6590

1887324v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:24-cv-738

CAMCO MANUFACTURING, LLC,

    Plaintiff

v.

GODIRECTINC.COM, INC.,

    Defendant.

**ENTRY OF DEFAULT**

WHEREAS, it has been made to appear to the undersigned Clerk that Defendant GODIRECTINC.COM, INC. ("Defendant") has failed to plead within the time prescribed by law;

WHEREAS, Defendant is subject to entry of default as provided by the Federal Rules of Civil Procedure;

NOW, THEREFORE, default is hereby entered against Defendant GODIRECTINC.COM, INC. in this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 15th day of October, 2024.

_____
Clerk, United States District Court
for the Middle District of North Carolina